REGINA DIEFFENBACH, Respondent, *v.* SYLVAN DWELL-INGS, INC., et al., Defendants, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Argued November 15, 1937; decided November 23, 1937.

*Alicia R. O'Connor* and *Eugene L. Flanagan* for motion.
*John J. Bennett, Jr.,* Attorney-General (*Edward E. Brogan* and *Timothy F. Cohan* of counsel), opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.